EVA KRAUSE, Respondent, v. CARRIE G. PHILLIPS, Appellant.— Order of March fourteenth reversed, with ten dollars costs and disbursements; and

plaintiff's motion to limit scope of original order for examination before trial denied, with ten dollars costs. Matter remitted to the Special Term to fix the time and place for such examination under the order as now revised. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.